No. 1231, Misc. CAMPBELL v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, for respondent. 

No. 1234, Misc. HENRY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *William E. Hellerstein* for petitioner. *Solicitor General Griswold* for the United States. 

No. 1235, Misc. ROYBAL v. LLOYD, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1236, Misc. WILLIAMS v. DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1237, Misc. MUELLER v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1239, Misc. NORMAN v. PROCUNIER, CORRECTIONS DIRECTOR. C. A. 9th Cir. Certiorari denied.

No. 1261, Misc. PHILLIPS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 1262, Misc. CRAIG v. FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied. *James D. Davis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Robert V. Zener,* and *Robert E. Kopp* for respondent. 

No. 1263, Misc. HUNT v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.